### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

GERALDINE CHEE, INDIVIDUALLY
AND AS NEXT FRIEND OF
LEANDREW ETSITTY, A MINOR,

Plaintiff,

vs.                                    NO. 1:11-CV-00230 ACT/WDS

UNITED STATES OF AMERICA

Defendant.

### ORDER ADOPTING JOINT STATUS REPORT
### AND PROVISIONAL DISCOVERY PLAN

THIS MATTER came before the Court on a Rule 16 scheduling conference. Following a review of the parties' Joint Status Report and Provisional Discovery Plan, the Court adopts the Joint Status Report and Provisional Discovery Plan as modified by the dates designated in the Court's Scheduling Order.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　W. DANIEL SCHNEIDER
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE