IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**GERALDINE CHEE, Individually
and as Next Friend of
LEANDREW ETSITTY, a minor,**

  **Plaintiff,**

  vs.                Civ. No. 11-230 ACT/WDS

**UNITED STATES OF AMERICA,**

  **Defendant.**

## ORDER APPROVING SETTLEMENT

  **THIS MATTER** comes before the Court upon the Report and Recommendation of United States Magistrate Judge Karen B. Molzen to Approve Settlement Benefitting Minor Child (Doc. No. 56). Judge Molzen having heard presentations by Plaintiff's counsel, Defendant's counsel, and the minor Plaintiff's Guardian ad Litem, and the parties having stipulated to the proposed settlement, the Court finds that the Report and Recommendation should be and hereby is adopted by the Court.

  **IT IS THEREFORE ORDERED** that the settlement by and between the parties as set forth in the Report and Recommendation is hereby approved.

                   _____
                   ALAN C. TORGERSON
                   United States Magistrate Judge,
                   Presiding by Consent