IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GERALDINE CHEE, *Individually and*
*as Next Friend of Leandrew Etsitty, a minor,*

       Plaintiff,

v.                                                CIV 11-0230 ACT/WDS

UNITED STATES OF AMERICA,

       Defendant.

## ORDER TO FILE CLOSING DOCUMENTS PER SETTLEMENT

The presiding judge having approved the terms of the settlement, closing documents are due **no later than June 15, 2012** absent a request showing good cause for an extension.

_____
UNITED STATES CHIEF MAGISTRATE JUDGE