IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GERALDINE CHEE, Individually
and as Next Friend of LEANDREW
ETSITTY, a minor,

      Plaintiff,

vs.                                        No. 1:11-cv-00230 ACT-WDS

THE UNITED STATES OF AMERICA,

      Defendant.

**STIPULATED ORDER OF DISMISSAL**

The parties, Geraldine Chee, individually and as next friend of Leandrew Etsitty, a minor, and Defendant United States of America, by and through their undersigned counsel of record, hereby stipulate and agree that this action is dismissed with prejudice, with the parties to bear their own fees, costs, and expenses. This Stipulation is entered into in accordance with the provisions of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

                        KENNETH J. GONZALES
                        United States Attorney

                        <u>/s/ filed electronically on 6/4/12</u>
                        Ruth Fuess Keegan
                        Assistant U.S. Attorney
                        P.O. Box 607
                        Albuquerque, New Mexico 87103
                        (505) 346-7274
                        E-mail: ruth.f.keegan@usdoj.gov
                        Attorneys for the United States

2

<u>Consent provided by e-mail on 6/4/12</u>
Daniel M. Rosenfelt
Rosenfelt Law, P.C.
1418 Aliso Drive, NE
Albuquerque, NM 87110
[drosenfelt@rbblaw.com](mailto:drosenfelt@rbblaw.com)
505-266-3441
Attorney for Plaintiffs

2